UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER ROSS WESTFALL,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　　　　Respondent. | Case No. C19-5818-RJB-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for <u>January 3, 2020</u> |

　　　　Petitioner Christopher Ross Westfall, proceeding *pro se*, filed this federal habeas action on September 3, 2019. *See* Dkt. 1. After reviewing the petition, the Court declined to serve the petition, but gave petitioner an opportunity to show cause why this case should not be dismissed. *See* Dkt. 13. Petitioner was ordered to show cause on or before November 22, 2019. *Id.* The Court warned petitioner that failure to file an amended pleading or adequately address the issues identified in the Order would result in the Court recommending dismissal of this action. *Id*.

　　　　Petitioner has failed to comply with the Court's Order. He has not filed a response to the order or filed an amended petition. As petitioner has failed to abide by the Court's order, the Court recommends dismissal of this action without prejudice.

　　　　Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

1  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on January

2  3, 2020, as noted in the caption.

3  Dated this 17th day of December, 2019.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2