# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CHRISTOPHER ROSS WESTFALL,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No. C19-5818-RJB-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation (no objections having been filed), the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation (Dkt. 15) is approved and adopted;

(2) petitioner's federal habeas corpus petition is DISMISSED without prejudice; and

(3) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 9th day of January, 2020.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1